**Order entered October 12, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00126-CR

### SILVINO RICARDO AREVALO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-24895-U**

## ORDER NUNC PRO TUNC

The reporter's record was filed September 6, 2018. Missing from the record are the State's Exhibits #6 (911 Call), #8 (911 Call), #17, #18, and #19 (Lupita's Surveillance Video), #25 (Red Light Video Footage), and #40 (Texaco Video).

We **ORDER** court reporter Sasha Brooks to file a supplemental reporter's record containing the State's Exhibits #6 (911 Call), #8 (911 Call), #17, #18, and #19 (Lupita's Surveillance Video), #25 (Red Light Video Footage), and #40 (Texaco Video) **WITHIN FOURTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; Sasha Brooks, court reporter, Criminal 291st Judicial District Court; and to counsel for all parties.

/s/     LANA MYERS
JUSTICE